650 F.2d 814
 Fob JAMES, as Governor, and on Behalf of the STATE OF
ALABAMA, and its citizens; Alabama Medical Services
Administration; and Rebecca B. Beasley, Commissioner,
Medical Assistance, Plaintiffs-Appellants,
v.
Richard S. SCHWEIKER, Secretary of Health and Human
Services; Leonard D. Schaeffer, Administrator, Health Care
Financing Administration; Virginia M. Smyth, Regional
Administrator, Region IV, Defendants-Appellees.
 No. 80-7990
 
 Summary Calendar.
 United States Court of Appeals,
Fifth Circuit.
 Unit B
 July 13, 1981.
 Ira DeMent, Sp. Counsel, Montgomery, Ala., for F. James.
 Herman H. Hamilton, Jr., Sp. Asst. Atty. Gen., Shepard D. Ashley, Montgomery, Ala., for plaintiffs-appellants.
 Elizabeth N. Petree, Asst. Atty. Gen., Montgomery, Ala., for Alabama Medical Services Administration.
 Kenneth E. Vines, Asst. U. S. Atty., Montgomery, Ala., F. Richard Waitsman, Asst. Reg. Atty., Atlanta, Ga., for defendants-appellees.
 Before TJOFLAT, VANCE and THOMAS A. CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the Memorandum Opinion of the district court, James v. Harris, 499 F.Supp. 594 (M.D.Ala.1980).
 
 
 2
 AFFIRMED.